■ MATTHEW TOBIN et al., Respondents, v RICHARD A. RUSKIN et al., Appellants, et al., Defendants. — Order, Supreme Court, New York County (Gammerman, J.), entered April 2, 1982, unanimously reversed, on the law and the facts, defendants-appellants' motion for a hearing pursuant to section 148-a of the Judiciary Law before a medical malpractice panel granted, that hearing to be held before trial, without costs. The crux of this case hinges, not on the credibility of the parties, but on whether defendants-appellants were negligent in failing to diagnose the malignancy timely. Medical issues exist which warrant panel review. (See *Rosa v Kulkarni,* 89 AD2d 529; *Gold v Hershey,* 90 AD2d 704.) Concur — Ross, J. P., Asch, Markewich, Bloom and Milonas, JJ.